John W. Mackay (6923)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 323-3341
Facsimile:  (801) 532-7543
Email: jmackay@rqn.com

*Attorneys for Defendant USAA Federal Savings Bank*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD TOWNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK, a federal savings bank, dba USAA Financial Services Corporation,<br><br>Defendant. | **DEFENDANT USAA FEDERAL SAVINGS BANK'S CORPORATE DISCLOSURE**<br><br>Case No. 2:14-cv-00148-DN<br><br>Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

This Corporate Disclosure statement is filed on behalf of Defendant USAA Federal Savings Bank in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure.  USAA Federal Savings Bank is a wholly owned subsidiary of USAA Capital Corporation, which in turn is a wholly owned subsidiary of United Services Automobile Association.  No publicly held corporation owns 10% or more of the stock of any of these entities.

2

RESPECTFULLY SUBMITTED this 1st day of April, 2014.

                               RAY QUINNEY & NEBEKER P.C.

                               By: /s/ John W. Mackay
                                     John W. Mackay
                                     *Attorneys for Defendant USAA Federal*
                                     *Savings Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2014, a true and correct copy of **DEFENDANT USAA FEDERAL SAVINGS BANK'S CORPORATE DISCLOSURE** was filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

>Mark Edward Towner
>1331 Green Street
>Salt Lake City UT 84105
>*Plaintiff pro se*

/s/ Jennifer Dustin

1277886

| | |
|---|---|
| Filename: | RQNDOCS-#1277886-v1-USAA_-_Corporate_Disclosure |
| Directory: | C:\Users\861\AppData\Roaming\OpenText\DM\Temp |
| Template: | C:\Users\861\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.MSO\55E1952D.dotm |
| Title: | |
| Subject: | |
| Author: | Jennifer Dustin |
| Keywords: | |
| Comments: | |
| Creation Date: | 4/1/2014 9:14:00 PM |
| Change Number: | 15 |
| Last Saved On: | 4/1/2014 10:04:00 PM |
| Last Saved By: | Jennifer Dustin |
| Total Editing Time: | 26 Minutes |
| Last Printed On: | 4/1/2014 10:04:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 3 |
|    Number of Words: | 249 |
|    Number of Characters: | 1,418 (approx.) |