IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK EDWARD TOWNER,<br><br>               Plaintiff,<br>v.<br><br>USAA FEDERAL SAVINGS BANK, *doing business as* USAA FINANCIAL SERVICES,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:14-cv-148-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin Pead |

Magistrate Judge Dustin Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends granting Defendant USAA's Motion to Strike the Plaintiff's Motion for Summary Judgment (the "Motion")[2] and striking Plaintiff's Motion for Summary Judgment (the "MSJ Motion").[3] No objections were filed.

After review of all relevant materials de novo, the Report and Recommendation should be adopted in its entirety. Defendant's Motion is **GRANTED** and Plaintiff's MSJ Motion is **STRICKEN**.

Signed June 11, 2014.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 13, entered April 28, 2014.

[2] Docket no. 9, filed April 8, 2014.

[3] Docket no. 5, filed March 26, 2014.