Mark Edward Towner,
Pro Se Litigant
1331 Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134

FILED
U.S. DISTRICT COURT

2014 NOV 25 A 9: 25

DISTRICT OF UTAH

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| **MARK EDWARD TOWNER**, individually<br><br>Plaintiff,<br><br>vs.<br><br>**USAA FEDERAL SAVINGS BANK**, a federal savings bank, dba USAA Financial Services Corporation<br><br>Defendant. | No. 2: 14-cv-00148-DN<br><br>MOTION TO STRIKE USAA FSB'S NOVEMBER 20, 2014 COUNTERCLAIM |

Plaintiff, Mark Edward Towner, requests this Court to Strike Defendant USAA Federal Savings Bank's ("USAA FSB") Counterclaim filed on November 20, 2014 [Dkt. 66] and submits a Memorandum in Support with this motion.

DATED: November 24, 2014,

*[signature]*

Mark Edward Towner,
Pro Se Litigant
1331 Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134
marktowner@comcast.net