Mark Edward Towner,
Pro Se Litigant
1331 Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134

FILED
U.S. DISTRICT COURT

2015 JAN 29 P 2: 48

DISTRICT OF UTAH

BY
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| **MARK EDWARD TOWNER**, individually<br><br>Plaintiff,<br><br>vs.<br><br>**USAA FEDERAL SAVINGS BANK**, a federal savings bank, dba USAA Financial Services Corporation<br><br>Defendant. | No. 2: 14-cv-00148-DN<br><br>**MOTION TO ACCEPT REPORT & RECOMMENDATIONS [86] WITH FOLLOWING CLARIFICATIONS AND UNDERSTANDING** |

Plaintiff, Mark Edward Towner, moves to accept [86] Report and

Recommendations with the following clarifications and understandings given defendant

USAA FSB has **not objected in writing by the 14 day time period** after being notified

by the court *See Fed. Re. Civ P. P. 72(b)(2)* set by the court, thereby constitute a waiver

of objections upon subsequent review.

1) Plaintiff interprets [86] Report and Recommendations to **DISMISS** Plaintiff's sole

   cause of action for violation of **FCRA**, however any future plaintiff claims

   regarding to Defendant USAA Federal Savings Bank's ("USAA FSB") remain

   available to Plaintiff.

2) Plaintiff interprets [86] Report and Recommendations to **DENY** Defendant's motion for summary judgment on its breach of contract claim, that as a matter of law the Card Agreement was **NOT** a valid enforceable contract between Plaintiff and Defendant.

3) Plaintiff interprets [86] Report and Recommendations to **DENY** Defendant's motion for summary judgment on its **Unjust Enrichment** claim as there is a "factual dispute regarding Plaintiff's assent to the term of the Card Agreement", and plaintiff cannot be held responsible for charges made to the account as a matter of law.

4) Plaintiff interprets [86] Report and Recommendations to **DENY** Plaintiff's Motion to Strike USAA FSB's November 20, 2014 Counterclaim.

DATED:  January 29, 2015,

Mark Edward Towner,
Pro Se Litigant
1331 Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134
marktowner@comcast.net

Mark E Towner,
Pro Se Litigant
1331 S Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134

## Certificate of Service

I hereby certify that a copy of the **MOTION TO ACCEPT REPORT & RECOMMENDATIONS [86] WITH FOLLOWING CLARIFICATIONS AND UNDERSTANDING**

Case number: 2:14-cv-00148-DN was emailed to and confirmed received:

John S. Craiger
(*admitted pro hac*)
QUARLES & BRADY LLP
AZ Firm State Bar No.00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone 602.229.5200

John Mackay
(jmackay@rqn.com)
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 323-3341

On this 29th Day of January, 2015.

Mark E. Towner,
Pro Se Litigant
1331 S Green Street
Salt Lake City, Utah 84105
Telephone: 801.502.9134